**No. 10-8014. Dana Deegan, Petitioner v. United States.**

563 U.S. 938, 131 S. Ct. 2094, 179 L. Ed. 2d 896, 2011 U.S. LEXIS 3037.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 605 F.3d 625.

**No. 10-8034. Juan Pablo Silva-Gaytan, Petitioner v. United States.**

563 U.S. 939, 131 S. Ct. 2095, 179 L. Ed. 2d 896, 2011 U.S. LEXIS 3168.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 395 Fed. Appx. 96.

**No. 10-8039. Felipe De Jesus Olvera-Campos, Petitioner v. United States.**

563 U.S. 939, 131 S. Ct. 2095, 179 L. Ed. 2d 896, 2011 U.S. LEXIS 3125.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 396 Fed. Appx. 406.

**No. 10-8045. Victoriano Benitez, Petitioner v. Maryland.**

563 U.S. 939, 131 S. Ct. 2095, 179 L. Ed. 2d 896, 2011 U.S. LEXIS 3020.

April 18, 2011. Petition for writ of certiorari to the Court of Special Appeals of Maryland denied.

Same case below, 189 Md. App. 718.

**No. 10-8094. Gregory O'Neil Henderson, Petitioner v. Frederick Dumphy, et al.**

563 U.S. 939, 131 S. Ct. 2095, 179 L. Ed. 2d 896, 2011 U.S. LEXIS 3093.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-8102. Johnny Gueits, Petitioner v. Robert Kirkpatrick, Superintendent, Wende Correctional Facility.**

563 U.S. 939, 131 S. Ct. 2095, 179 L. Ed. 2d 896, 2011 U.S. LEXIS 3051.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 612 F.3d 118.

**No. 10-8263. H. R. Hester, Petitioner v. Tennessee.**

563 U.S. 939, 131 S. Ct. 2096, 179 L. Ed. 2d 896, 2011 U.S. LEXIS 3140.

April 18, 2011. Petition for writ of certiorari to the Supreme Court of Tennessee, Eastern Division, denied.

Same case below, 324 S.W.3d 1.